UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20516-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff.

vs.

JORGE HERNANDEZ,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Conduct Inquiry Regarding Defense Counsel's Possible Conflict of Interest and Memorandum of Law (DE# 822, 8/12/10) filed by defendant Jorge Hernandez. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion to Conduct Inquiry Regarding Defense Counsel's Possible Conflict of Interest and Memorandum of Law (DE# 822, 8/12/10) is **GRANTED**. On September 7, 2010, the undersigned held a hearing pursuant to Rule 44(c) of the Federal Rules of Criminal Procedure. The undersigned inquired of the defendant, the defendant's counsel and the government. The defendant waived his right to conflict-free counsel.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **7th** day of September, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Judge Seitz
All Counsel of Record